746 F.2d 1466
 Foering (Joseph)
v.
Stratton (Lawrence), Warzeski (Walter), Lucas (Raymond),
Kutztown State College, Schaeffer (Forrest G. Jr.), Sayshen
(Jacob), Corrigan (Mildred S.), Dietrich (Renee L.), Floreen
(Ade-Rolfe), Giorgi (Frederick J.), Plavner (Herman), Reilly
(Mary Grace), Wilburn (Robert), Mullen (James), Riccius
(Frederick J.), Phipps (Diane)
 NO. 84-1012
 United States Court of Appeals,
third Circuit.
 SEP 18, 1984
 
 Appeal From: E.D.Pa.,
 Cahn, J.
 
 
 1
 AFFIRMED.